IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TYRONE ALLEN ELLIS                                          PLAINTIFF

v.                          Case No. 11-1006

CIRCUIT JUDGE LARRY CHANDLER, *et al.*                      DEFENDANTS

## ORDER

Now on this 25th day of May 2011, there comes on for consideration the report and recommendation filed herein on April 7, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 7).  No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's request to proceed IFP (doc. 5) is DENIED, and Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous or asserted against individuals who are immune from suit.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).  The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g), and the U. S. District Clerk is directed to place a §1915(g) strike flag on this case.

IT IS SO ORDERED.

/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge